UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

STUART PARSONS, JR., INDIVIDUALLY, AND DBA BAREFOOT SKI RANCH, AND AS TRUSTEE OF PARSONS RANCH & WILDLIFE TRUST,

Plaintiff,

v.

AMERICAN WAVE MACHINES, INC,

Defendant.

Case No.: 3:20-cv-00849-JAH-MSB

**ORDER GRANTING JOINT MOTION TO STAY (Doc. No. 29).**

Pending before the Court is the Parties' Joint Motion to Stay, [doc. no. 20], requesting a stay of the proceedings in this lawsuit for a period of two weeks so that the Parties may give due consideration to settlement negotiations and give settlement a chance to succeed. Upon consideration of the motion, IT IS HEREBY ORDERED the motion is **GRANTED**. The matter is stayed until July 22, 2020, after which the stay is automatically lifted.

Accordingly, the Court resets the hearing on Defendant American Wave Machines, Inc.'s ("AWM") Motion to Dismiss, [doc. no. 24], along with other related briefing deadlines, as follows:

1. Plaintiff shall file and serve a response to Defendant's motion, (doc. no. 24), by **August 3, 2020.**

**2.** If Defendant wishes to reply to Plaintiff's response, a pleading must be filed no later than **August 10, 2020.**

3. The Parties will telephonically appear for oral argument on **August 24, 2020, at 2:30 p.m.,** unless otherwise ordered by the Court. Chambers' staff will contact the Parties prior to the hearing date with further instructions.

**IT IS SO ORDERED.**

DATED: July 8, 2020

JOHN A. HOUSTON
United States District Judge