UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART PARSONS, JR., INDIVIDUALLY, AND DBA BAREFOOT SKI RANCH, AND AS TRUSTEE OF PARSONS RANCH & WILDLIFE TRUST,<br><br>                              Plaintiff,<br><br>v.<br><br>AMERICAN WAVE MACHINES, INC,<br><br>                              Defendant. | Case No.: 3:20-cv-00849-JAH-MSB<br><br>**ORDER VACATING HEARING** |

After a careful review of the Parties' submissions, the Court deems American Wave Machine's Motion to Dismiss, (doc. no. 24), suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1). Accordingly, IT IS HEREBY ORDERED the motion is taken under submission without oral argument and the hearing set for August 24, 2020, at 2:30 p.m. is **VACATED**.  The Court will issue an order in due course.

**IT IS SO ORDERED.**

DATED:   August 17, 2020

_____
JOHN A. HOUSTON
United States District Judge